## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Gulf Navigation Holding Company (Riyadh Branch), | ) ) ) |
| *Plaintiff*, | ) Civil Action No. 1:16-cv-00464-LPS ) ) **IN ADMIRALTY** |
| v. | ) ) |
| International Shipping and Transportation Company LTD, | ) ) ) |
| *Defendant*, | ) ) |
| and | ) ) |
| SABIC Americas, Inc. | ) ) |
| *Garnishee*. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Gulf Navigation Holding Company (Riyadh Branch) hereby dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 22, 2016

**OF COUNSEL:**

J. Stephen Simms (admitted *pro hac vice*)
Marios J. Monopolis (admitted *pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Tel:  (410) 783-5795
Fax:  (410) 510-1789
Email:  jssimms@simmsshowers.com
         mjmonopolis@simmsshowers.com

**GREENHILL LAW GROUP, LLC**

*/s/ Theodore A. Kittila*
Theodore A. Kittila (DE Bar No. 3963)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Phone:  (302) 414-0510 x700
Fax:  (302) 595-9346
Email:  ted@greenhilllaw.com

*Counsel for Plaintiff*